FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
JUL 28 2005
MARKUS B. ZIMMER, CLERK
BY:_____
DEPUTY CLERK

FILED
U.S. DISTRICT COURT
2005 JUL 29  A 9: 04
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br><br>vs.<br><br><br><br>BRANDON B. QUAYLE,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT/APPELLANT'S APPEAL AND REVERSING CONVICTION BELOW<br><br><br><br><br><br>Case No. 2:05-CR-263 TS |

This matter is before the Court on an interlocutory appeal of a judgment by the magistrate judge in Case No. 2:04-CR-570 RTB. Defendant/Appellant Brandon B. Quayle initiated this appeal on April 21, 2005. The Court issued a Docketing Notice for Appeal from Magistrate Decision on April 26, 2005, wherein the Court established a briefing schedule. Defendant/Appellant timely filed his opening brief on May 6, 2005. However, no responsive brief was filed by the government, and no extension of time was requested or granted. On June 10, 2005, Defendant/Appellant filed a Request for Summary Decision. The government still failed to respond, and no response has been filed as of the date of this Order. Pursuant to

DUCrimR 85-1(c), the Court will decide this matter without a hearing and, as noted above, without a response by the government.

The Tenth Circuit has established that courts sitting on appeal "may not sustain criminal convictions unless the proof offered at trial established the defendant's guilt beyond a reasonable doubt." United States v. Hooks, 780 F.2d 1526, 1530-31 (10th Cir. 1986). The standard of review is as follows:

> The evidence – both direct and circumstantial, together with the reasonable inferences to be drawn therefrom – is sufficient if, when taken in the light most favorable to the government, a reasonable jury could find the defendant guilty beyond a reasonable doubt.

Id. at 1531.

Having reviewed the pleadings, the file, and the transcript of the underlying criminal trial, and being otherwise fully informed, the Court finds that there is insufficient evidence to support a conviction beyond a reasonable doubt on the charges in the underlying criminal case. Therefore, it is hereby

ORDERED that Defendant/Appellant's appeal is GRANTED and the conviction in the underlying criminal case is REVERSED.

The Clerk of Court is directed to close this case forthwith.

SO ORDERED.

DATED July 28, 2005.

                      BY THE COURT:

                      _____
                      TED STEWART
                      United States District Judge